IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RASHAND WILLIAMS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00480 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRENT, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that:

1) The motion to dismiss of defendants Hairston and Bramblett-Robinson (Docket No. 28) is **DENIED**.

2) The motion to dismiss of defendants Hartman, Trent, and Cox (Docket No. 32) is **GRANTED in part** as to Williams' claims against defendants Trent and Cox and **DENIED in part** as to Williams' claim against defendant Hartman.

3) Pursuant to Standing Order 2013-6, the remaining defendants shall **FILE** a motion for summary judgment, supported by affidavit(s), within thirty days.

4) The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 19th day of September, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE