IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| RASHAND WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:16cv00480 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| TRENT, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

By order entered October 13, 2016, the court conditionally filed Williams' complaint brought pursuant to 42 U.S.C. § 1983 and advised Williams that he must notify the court immediately upon his transfer or release and provide the court with a new address. The court warned Williams that failure to notify the court of a change of address would result in dismissal of his case. On December 29, 2017, a court order that was sent to Williams was returned to the court as undeliverable, with no forwarding address and indicating that Williams had been released from incarceration. Williams has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Williams' complaint without prejudice. Williams is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

ENTER: This __9th__ day of January, 2018.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE